UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICK CHRISTIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 21-03092 (UNA) |
| | ) |
| PRESIDENT JOSEPH BIDEN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff purports to bring a civil rights conspiracy claim against the President of the United States. *See* Compl. at 1. Rather than alleging facts, plaintiff poses questions and otherwise speculates about the President's future actions and motivations for those actions, all of which would violate the United States Constitution and the President's Oath of Office. *See generally id.* Plaintiff attributes to the President efforts of "Democrats and Republicans and their Voters" to "turn . . . against" him, "a Heterosexual Black Gentleman and Scholar" who is "Claiming his Valuable Intangible Property." *Id.* at 2. He demands that the "Relief be the equivalent of the Property, the Interest, and Damages suffered to . . . be assessed by the COURT." *Id*.

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Here, having reviewed the complaint carefully, the Court concludes that it cannot discern what claim or claims plaintiff intends to bring; the complaint will thus be dismissed. S*ee Gwinnell-Kennedy v. U.S. Gov't Judiciary*, No. 09-cv-737, 2009 WL 1089543, at *1 (D.D.C. Apr. 22, 2009) (summarily

1

dismissing complaint under § 1915(e)(2) because it was "incoherent"); *McGuire v. U.S. District Court*, No. 10-cv-696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.).

Accordingly, the Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: November 24, 2021               /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge